ACCEPTED
15-25-00076-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 8:39 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00076-CV

| | | |
|---|---|---|
| Terry Brent Williams, | § | IN THE |
| Appellant, | § | COURT OF APPEALS |
| | § | FOR THE |
| v. | § | |
| Tracy Leeann Williams, | § | TENTH JUDICIAL DISTRICT, |
| Appellee. | § | WACO, TEXAS |
| | § | |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 8:39:01 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO FILE AMENDED BRIEF ON SUPPLEMENTED REPORTER'S RECORD

Appellant's request for the reporter's record did not include the first evidentiary hearing in the case. (CR 192). Because there was no request filed for that hearing, it was not part of the appellate record. Tex. R. App. Proc. 34.6(b). Appellant's brief made no reference to that hearing or the absence of transcription.

After Appellee filed her brief relying on the presumptions which arise from a partial record when Rule of Appellate Procedure 34.6(c) is not followed, Appellant filed a reply brief containing references to the omitted hearing and sought to supplement the record with a transcription of the September 25, 2024 hearing. The Court permitted the record to be supplemented with a transcript of the September 25, 2024 hearing. That was supplemental record filed on December 9, 2025. That was 58 days after Appellee filed her brief.

1

Appellant submitted an amended reply brief and motion to permit the amendment. The certificate of conference motion simply stated Appellee was opposed to the motion. That certificate failed to acknowledge Appellee had proposed an agreement to permit both parties to file amended briefs. Appellee only opposed the request for *only Appellant*, who was aware of the September 2024 transcription before filing his brief, to amend his brief.

**Rule 38.7 Governs Amendment**

Rule of Appellate Procedure 38.7 provides:

> A brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe.

Because the appellate record has been changed after the briefs were filed, justice requires the opportunity to file an amended brief addressing the full record. Application of Rule 38.7 was illustrated in *Robles v. Robles*, 965 S.W.2d 605, 610 (Tex.App.—Houston [1st Dist.] 1998, pet. denied). There a trial court made findings of fact and conclusions of law after the briefs were filed. The court permitting amended briefing when findings of fact were filed.

Appellee requests the court permit her an opportunity to submit an amended brief based on the complete record now before the Court.

Appellee requests the Court set a deadline for the filing of an amended brief at least 20 days from this motion.

As noted above, Appellee has addressed the merits of the motion with counsel for Appellant who has expressed objection to the request.

Respectfully submitted,

_/s/_Clint Sare_____
Clint F. Sare
Tex. Bar No. 00788354
PO Box 1694
Bryan Texas 77806
cfs@sarelaw.com
979-822-1505

CERTIFICATE OF SERVICE

I certify a copy of the foregoing document was served on counsel for Appellant, Susan Clothier, by electronic service on December 19, 2025.

_/s/_Clint_Sare_____

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109292690
Filing Code Description: Motion
Filing Description: Motion to amend brief on supplemented record
Status as of 12/19/2025 8:53 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Susan J.Clouthier | | susan@clouthierlaw.com | 12/19/2025 8:39:01 AM | SENT |
| Clint F.Sare | | cfs@sarelaw.com | 12/19/2025 8:39:01 AM | SENT |